## SCHEDULE "A"
## DEFENDANTS BY E-COMMERCE STORE NAME, FINANCIAL ACCOUNTS, AND E-MAIL ADDRESSES

| Def. No. | Defendant / E-commerce Store Name | Account Information: Payment Account | Account Information: PayPal Merchant ID | E-mail Address |
|---|---|---|---|---|
| 1 | coco-kicks.vip | vdkbeeu@hotmail.com | | support@cocokick.services |
| 1 | coco-kicks.vip | hhydfs@hotmail.com | | support@cocokick.services |
| 1 | cococlothe.com | H18596951521@163.com | | support@cocokick.services victorprince7694041@gmail.com |
| 1 | co-cokick.co | H18596951383@163.com | | support@cocokick.services |
| 1 | coco-kick.shop | m18505001063@163.com | | support@cocokick.services |
| 1 | cocoki-ck.vip | uqzwhb26901173@126.com | | support@cocokick.services |
| 1 | cocokickbag.com | ztdidfn37612672@126.com | | |
| 2 | cocokicks.shoes | onumefkfi@gmail.com | NBXTDJK9HCN72 | cocokicksstore@gmail.com info@cocokicks.shoes |
| 3 | cocokicks.us | 1271548169@qq.com | U57CY58PBS7Q4 | gowestclub152@gmail.com |
| 4 | billionaireboulevard.com | admin@billionaireboulevard.com | XZHSSGMFEALXG | admin@billionaireboulevard.com |
| 5 | blxckglam.com | blxckfashionista@gmail.com | AEMGN7XEBLJDN | blxckglam@gmail.com |
| 6 | bosaishoes.com | 78915938@qq.com | QGD4P6RGD8VTJ | bill1004051854@gmail.com |
| 7 | flightkickz.com | hyjgang@163.com | | Flightkickz@gmail.com Flightkickz2017@gmail.com noreply@notice.mailzh-apolo.com |
| 8 | hyperoad.ru | gladysclarke42@gmail.com | | hyperoad8@gmail |
| 9 | icystar.ru | chiristianphilip764@gmail.com | | lindseycecilia4@gmail.com |
| 10 | jacksneaker.com | chenfang916@hotmail.com | | foryoukicks@hotmail.com |
| 11 | kickluo.cc | 2871639531@qq.com | QNBG6SGGRQKPU | kickluo@gmail.com kickluo@163.com |
| 12 | kicksnova.com | 18144621004@163.com | FMWWPLADBXW26 | service@kicksnova.com |
| 12 | kkonestore.com | 18144621004@163.com | FMWWPLADBXW26 | service@kkonestore.com |
| 13 | kickzlucas.com | kickzlucas@outlook.com | | kickzlucas@hotmail.com |
| 14 | lilisashop.com | service.alankick@gmail.com | | sale01@lilisashop.com sale02@lilisashop.com |
| 15 | lvreps.com | tzdigiad@gmail.com | | admin@lvreps.com |

| 16 | sneakerscollect.shop | shangcongwuzi2020@hotmail.com | X2YPRKSLHG7XE | stockskick@outlook.com noreply@notice.mailzh-apolo.com |
| 17 | omgow.cc | kghapp2019@163.com | | omgow@vip.163.com omgow1128@gmail.com |
| 18 | shoecuck.store | boxloliq@gmail.com | 38FCT98RWFZRY | boxloliq@gmail.com noreply@notice.imcartapps.com |
| 19 | snkrbase.store | 1107560915@qq.com | 8X5GGQMX2GDE8 | info@snkrbase.store |
| 20 | tikick.ru | huangyong415@outlook.com | | aliceraindoc@gmail.com |
| 21 | yeskicks.org | suninglei@outlook.com | | |
| 22 | zneakerzone.com | zneakerzone@gmail.com | HP5UHWDA3Y7F2 | zneakerzone@gmail.com |